Charles ARMSTRONG, Appellant,

v.

HARRISON FAMILY; McQuay Family; Vinita Park Police Department; Ku Klux Klan, Overland, Missouri; Ku Klux Klan, State of Missouri, Appellees.

No. 00–3156.

United States Court of Appeals, Eighth Circuit.

Submitted Dec. 22, 2000.

Filed Jan. 5, 2001.

Before McMILLIAN, BOWMAN, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

PER CURIAM.

Charles Armstrong appeals the district court's [1] order dismissing his pro se civil rights complaint against multiple defendants. After careful review of the record, we conclude that Mr. Armstrong's complaint was frivolous and failed to state a claim. *See* 28 U.S.C. § 1915(e)(2)(B)(i), (ii); *Bray v. Alexandria Women's Health Clinic*, 506 U.S. 263, 267–68, 113 S.Ct. 753, 122 L.Ed.2d 34 (1993); *Neitzke v. Williams*, 490 U.S. 319, 325, 109 S.Ct. 1827, 104 L.Ed.2d 338 (1989); *West v. Atkins*, 487 U.S. 42, 48, 108 S.Ct. 2250, 101 L.Ed.2d 40 (1988); *Monell v. Dep't of Soc. Servs.*, 436 U.S. 658, 691–95, 98 S.Ct. 2018,

[1] The Honorable Donald J. Stohr, United States District Judge for the Eastern District of Missouri.

56 L.Ed.2d 611 (1978). Accordingly, we affirm. *See* 8th Cir. R. 47A(a).